PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tonethia Jackson                                    Cr.: 05-00271-001
                                                                                          PACTS Number: 42341

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 04/19/06

Original Offense: Theft of Government Funds

Original Sentence: 5 Years Probation

Type of Supervision: Probation                                     Date Supervision Commenced: 04/19/06

### PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

1) The offender shall contribute 100 hours of community service work over a period of no less than 10 hours per month, or shall perform a five-day community service project. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

2) The offender shall submit monthly restitution payments of no less than $25 per month, until gainful employment is obtained. Thereafter, the offender must comply with the original payment schedule of $100 per month.

### CAUSE

1) In October 2009, the offender opened two new lines of credit without permission of the U.S. Probation Office or the Court.

2) In January 2009, the offender was laid-off due to the slow economy. She has been collecting unemployment benefits since that time and unable to afford $100 per month in restitution.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 04/07/10

PROB 12B - Page 2
Tonethia Jackson

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/14/10
_____
Date